**Milton Joseph TAYLOR, Appellant**

v.

**DEPARTMENT OF MOTOR VEHICLES, et al., Appellees.**

**No. 05–7119.**

United States Court of Appeals, District of Columbia Circuit.

March 10, 2006.

Rehearing En Banc Denied May 18, 2006.

Milton Joseph Taylor, Washington, DC, pro se.

Edward Eugene Schwab, Deputy Attorney General, Office of Attorney General for the District of Columbia, Washington, DC, for Appellees.

Before: GINSBURG, Chief Judge, and TATEL and GRIFFITH, Circuit Judges.

### *JUDGMENT*

PER CURIAM

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. It is

***ORDERED AND ADJUDGED*** that the district court's order filed July 29, 2005 be affirmed. The district court properly dismissed the complaint without prejudice for lack of subject matter jurisdiction as the complaint failed to state a claim based on federal law, *see* 28 U.S.C. § 1331, nor was there diversity of citizenship, *see* 28 U.S.C. § 1332.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.